IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

W. E. JONES                                                                    PLAINTIFF

v.                                    No. 2:13-cv-146-DPM

DEERE & COMPANY                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2015